ACCEPTED
01-14-00937
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 3:41:59 PM
CHRISTOPHER PRINE
CLERK

**In The
Court of Appeals
For The
First District of Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/26/2015 3:41:59 PM

CHRISTOPHER A. PRINE
Clerk

**NO. 01-14-00937-CV**

**Deborah A. Beck and Nancy Beck-Deane, Appellant(s)**

**V.**

**Dave Escobales, Appellee(s)**

———————————————————————————

**On Appeal from the 125th Judicial District Court
Harris County, Texas
Trial Court Cause No. 2013-07491**

———————————————————————————

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this

cause:

Mediator's name: Hon. Ruby Kless Sondock
State Bar of Texas identification number: 18844000
Mailing address: 1111 Caroline, Apt. 2608
                         Houston, Texas 77010
Telephone number: 713-655-1111
Fax number: n/a
e-mail address: sondock1@gmail.com

JONES, GILLASPIA & LOYD

/s/ Kathleen A. O'Conner
_____
Attorney's name: Kathleen A. O'Connor
State Bar of Texas identification number: 00793468
Mailing address: 4400 Post Oak Parkway, Suite 2360
                 Houston, Texas 77027
Telephone number: 713-225-9000
Fax number: 713-225-6126
e-mail address: kat.a.oconnor@gmail.com
Counsel for:  Appellant


ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.

/s/ Alvin L. Zimmerman
_____
Attorney's name: Alvin L. Zimmerman
State Bar of Texas identification number: 22265000
Mailing address: 1300 Post Oak Boulevard, Suite 1300
                 Houston, Texas 77056
Telephone number: 713-552-1234
Fax number: 713-963-0859
e-mail address: azimmerman@zimmerlaw.com (non service email)
                familylawservice@zimmerlaw.com (service email)
Counsel for:  Appellee